PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 1089 2:06CR-00298-01B | | | |
| DOCKET NUMBER *(Rec. Court)* 1:08-CR-067S | | | |
| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION | |
| Robert James O'BRIEN | WYOMING | U.S. PROBATION OFFICE | |
| | NAME OF SENTENCING JUDGE CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE | | |
| | DATES OF SUPERVISED RELEASE | FROM April 20, 2007 | TO October 19, 2010 |

OFFENSE

FELON IN POSSESSION OF A FIREARM
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-21-08
*Date*

Clarence A. Brimmer
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

July 31, 2008
*Effective Date*

Mary M. Lisi
*United States District Judge*