PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1089 2:06CR-00298-01B | |
| DOCKET NUMBER *(Rec. Court)* | 1:08-CR-067S | |
| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
| Robert James O'BRIEN | WYOMING | U.S. PROBATION OFFICE |
| NAME OF SENTENCING JUDGE | CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE | |
| DATES OF SUPERVISED RELEASE | FROM April 20, 2007 | TO October 19, 2010 |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
AUG 4 2008
Stephan Harris, Clerk
Cheyenne

OFFENSE

FELON IN POSSESSION OF A FIREARM
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF RHODE ISLAND upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-28-08
Date

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

July 31, 2008
*Effective Date*

[signature]
*United States District Judge*

CERTIFIED A TRUE COPY
Stephan Harris
Clerk

By [signature]
Deputy Clerk

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

July 31, 2008

RECEIVED
DISTRICT OF WYOMING
AUG - 4 2008
CLERK

U.S. District Court
District of Wyoming
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

Re: USA v. Robert James O'Brien
USDC-RI CR 08-067
USDC-WY CR 06-298-01B

Dear Clerk:

Enclosed please find an Order signed by Chief Judge Mary M. Lisi accepting jurisdiction for the above-captioned supervised releasee.

Kindly forward a certified copy of the Indictment, Judgment and Order and docket sheet at your convenience to the Clerk's Office, U.S. District Court, One Exchange Terrace, Providence, RI 02903.

Thank you for your assistance in this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk

cc: U.S. Probation Dept. - RI