SEAL

# U.S. District Court
# District of Wyoming (Cheyenne)
# CRIMINAL DOCKET FOR CASE #: 2:06-cr-00298-CAB All Defendants *SEALED* Internal Use Only

Case title: USA v. O'Brien

Date Filed: 11/15/2006
Date Terminated: 04/20/2007

---

Assigned to: Judge Clarence A Brimmer

**Defendant (1)**

**Robert James O'Brien**
*TERMINATED: 04/20/2007*

represented by **Thomas B Jubin**
JUBIN & ZERGA
2614 Pioneer Avenue
P O Box 943
Cheyenne, WY 82003
307/637-4965
Fax: 307/637-4788
Email: tom@jubinzerga.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By ______ Deputy Clerk

**Highest Offense Level (Opening)**

None

**Terminated Counts**

UNLAWFUL TRANSPORT OF FIREARMS, ETC. (felon in possession of a firearm 18:9252(g)(1) and 924(a)(2)
(1)

**Disposition**

The defendant is committed to the custody of the Attorney General of the United States for a period of 21 months. Upon release from custody, the defendant shall be on supervised release for a period of 3 years. The defendant shall pay a special assessment of $100 and a fine of $200 and shall self-surrender to designated prison on 6/4/07 at 12:00 p.m.

| | |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (Felon in possession of ammunition 18:922(g)(1) and 924(a)(2)<br>(2) | Was dismissed by the United States |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (unlawful user of a controlled substance in possession of a firearm 18:922(g)(3) and 924(a)(2)<br>(3) | Was dismissed by the United States |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Stuart S Healy, III**
US ATTORNEY'S OFFICE
P O Box 668
Cheyenne, WY 82003-0668
307/772-2124
Fax: 307/772-2123
Email: stuart.healy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2006 | 1 | INDICTMENT as to Robert James O'Brien (1) count(s) 1, 2, 3. (sjc, ) (Entered: 11/17/2006) |
| 11/15/2006 | 2 | Praecipe for Warrant by Plaintiff USA as to Defendant(s) Robert James O'Brien. (sjc, ) (Entered: 11/17/2006) |
| 11/15/2006 | 3 | MOTION for Detention Hearing by USA as to Robert James O'Brien. (sjc, ) (Entered: 11/17/2006) |
| 11/17/2006 | 4 | Warrant Issued as to Robert James O'Brien. (sjc, ) (Entered: 11/17/2006) |
| 11/30/2006 | 5 | Minute Entry for proceedings held before Judge Alan B Johnson : Detention Hearing as to Robert James O'Brien held on 11/30/2006. Defendant released on bond. (Court Reporter Julie Hedelson.)(sjs, ) (Entered: 11/30/2006) |
| 11/30/2006 | 6 | Unsecured Bond Entered as to Robert James O'Brien in amount of $ 20,000 (sjs, ) (Entered: 11/30/2006) |

| | | |
|---|---|---|
| 11/30/2006 | 7 | ORDER Setting Conditions of Release as to Robert James O'Brien by the Honorable Alan B Johnson. (cc: all counsel 11/30/06).(sjs, ) (Entered: 11/30/2006) |
| 11/30/2006 | 8 | Minute Entry for proceedings held before Judge Alan B Johnson : Initial Appearance as to Robert James O'Brien held on 11/30/2006. (Case unsealed) (Court Reporter Hedelson.)(sjlg, ) (Entered: 12/01/2006) |
| 12/06/2006 | 9 | NOTICE OF HEARING as to Robert James O'Brien, Arraignment set for 12/14/2006 10:30 AM in Cheyenne before Honorable William C Beaman. (sdb, ) (Entered: 12/06/2006) |
| 12/07/2006 | 10 | NOTICE OF ATTORNEY APPEARANCE: Thomas B Jubin appearing for defendant Robert James O'Brien (sdl, ) (Entered: 12/07/2006) |
| 12/08/2006 | 11 | MOTION to Continue *Arraignment* by Robert James O'Brien. (Jubin, Thomas) (Entered: 12/08/2006) |
| 12/11/2006 | 12 | NOTICE OF RE-SETTING HEARING as to Robert James O'Brien, Arraignment re-set for 12/20/2006 10:00 AM in Cheyenne before Honorable William C Beaman. (sdb, ) (Entered: 12/11/2006) |
| 12/20/2006 | 13 | Minute Entry for proceedings held before Judge William C Beaman : Arraignment as to Robert James O'Brien (1) Count 1,2,3 held on 12/20/2006. Defendant pled not guilty. (Court Reporter Julie Hedelson.)(sdl, ) (Entered: 12/20/2006) |
| 12/20/2006 | 14 | NOTICE OF HEARING as to Robert James O'Brien, Jury Trial set for 2/5/2007 01:30 PM in Cheyenne before Honorable Clarence A Brimmer. (sdl, ) (Entered: 12/20/2006) |
| 12/27/2006 | 15 | ORDER for Discovery as to Robert James O'Brien by the Honorable Clarence A Brimmer. (cc: all counsel December 27, 2006).(szf, ) (Entered: 12/27/2006) |
| 01/09/2007 | 16 | Warrant Returned Executed on 11/30/06 in case as to Robert James O'Brien. (sdl, ) (Entered: 01/10/2007) |
| 02/01/2007 | 17 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PLEA AGREEMENT as to Robert James O'Brien (sdn, ) (Entered: 02/02/2007) |
| 02/01/2007 | 18 | NOTICE OF HEARING as to Robert James O'Brien: Change of Plea Hearing set for 2/5/2007 at 10:00 AM in Cheyenne before Honorable Clarence A Brimmer. (sdn, ) (Entered: 02/02/2007) |
| 02/05/2007 | 19 | Minute Entry for proceedings held before Judge Clarence A Brimmer : Change of Plea Hearing as to Robert James O'Brien; guilty plea entered as to Count 1; Counts 2 and 3 to be dismissed at sentencing. (Court Reporter Jan Davis.)(sdn, ) (Entered: 02/05/2007) |
| 02/05/2007 | 20 | NOTICE OF HEARING as to Robert James O'Brien: Sentencing set for 4/20/2007 at 1:30 PM in Cheyenne before Honorable Clarence A Brimmer. (sdn, ) (Entered: 02/08/2007) |

| | | |
|---|---|---|
| 03/21/2007 | 21 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ELEMENTS OF THE CRIME AND PROSECUTOR'S STATEMENT filed by USA as to Defendant Robert James O'Brien (Healy, Stuart) (Entered: 03/21/2007) |
| 04/19/2007 | 22 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - SENTENCING MEMORANDUM by defendant Robert James O'Brien (sjlg, ) (Entered: 04/20/2007) |
| 04/20/2007 | 23 | Minute Entry for proceedings held before Judge Clarence A Brimmer : The sentencing was held on 4/20/2007 for Robert James O'Brien (1), Count(s) 1, The defendant is committed to the custody of the Attorney General of the United States for a period of 21 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay a special assessment of $100 and a fine of $200 and shall self-surrender to designated prison on 6/4/07 at 12:00 p.m. Count(s) 2, 3, were dismissed by the United States. (Court Reporter Jan Davis.)(he, ) (Entered: 04/20/2007) |
| 04/20/2007 | | (Court only) ***JS-3 Closing Information (he, ) (Entered: 04/20/2007) |
| 04/20/2007 | 24 | NOTICE OF HEARING as to Robert James O'Brien, Motion hearing set for 5/21/2007 01:30 PM before Honorable Clarence A Brimmer. (sjlg, ) (Entered: 04/20/2007) |
| 04/24/2007 | 25 | JUDGMENT and COMMITMENT as to Robert James O'Brien (1), Count(s) 1, The defendant is committed to the custody of the Attorney General of the United States for a period of 21 months. Upon release from custody, the defendant shall be on supervised release for a period of 3 years. The defendant shall pay a special assessment of $100 and a fine of $200 and shall self-surrender to designated prison on 6/4/07 at 12:00 p.m.; Count(s) 2, 3, Was dismissed by the United States by the Honorable Clarence A Brimmer. (cc: all counsel 4/25/07).(sjs, ) (Entered: 04/25/2007) |
| 05/18/2007 | 26 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION for Order by USA as to Robert James O'Brien. (sjs, ) (Entered: 05/21/2007) |
| 05/21/2007 | 27 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - Minute Entry for proceedings held before Judge Clarence A Brimmer. ORAL RULING GRANTING MOTION TO SEAL CASE FOREVER. (Court Reporter Kathy Kendrick.)(sjs, ) (Entered: 05/21/2007) |
| 05/24/2007 | 28 | ORDER NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - granting 26 Motion for Order as to Robert James O'Brien (1) by the Honorable Clarence A Brimmer. (cc: all counsel 5/25/06).(sjs, ) (Entered: 05/25/2007) |
| 05/29/2007 | 29 | NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - ORDER as to Robert James O'Brien re 26 MOTION for Order filed by USA, by the Honorable Clarence A Brimmer. |

| | | |
|---|---|---|
| | | (cc: all counsel 5/30/07).(sdl, ) (Entered: 05/30/2007) |
| 08/16/2007 | 30 | SATISFACTION OF JUDGMENT as to monetary imposition filed by USA as to defendant Robert James O'Brien (sdl, ) (Entered: 08/16/2007) |
| 09/04/2007 | 31 | MOTION to Leave County by Defendant(s) Robert James O'Brien. (szf, ) (Entered: 09/04/2007) |
| 10/16/2007 | 32 | ORDER granting 31 Motion for Order to Travel Out of Country as to Robert James O'Brien (1) by the Honorable Clarence A Brimmer.(sjlg, ) (Entered: 10/16/2007) |
| 07/02/2008 | 33 | AMENDED JUDGMENT as to Robert James O'Brien (1), Count(s) 1, The defendant is committed to the custody of the Attorney General of the United States for a period of 21 months. Upon release from custody, the defendant shall be on supervised release for a period of 3 years. The defendant shall pay a special assessment of $100 and a fine of $200 and shall self-surrender to designated prison on 6/4/07 at 12:00 p.m.; Count(s) 2, 3, Was dismissed by the United States by the Honorable Judge Clarence A Brimmer.(szf, ) (Entered: 07/02/2008) |
| 08/04/2008 | 34 | Supervised Release Jurisdiction Transferred to Rhode Island as to Robert James O'Brien. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (szf, ) (Entered: 08/05/2008) |