FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 15 2006

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 06CR298B |
| | ) | |
| Plaintiff, | ) | **Ct. 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)** |
| | ) | (Felon in Possession of a Firearm) |
| v. | ) | |
| | ) | **Ct. 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)** |
| **ROBERT JAMES O'BRIEN,** | ) | (Felon in Possession of Ammunition) |
| | ) | |
| Defendant. | ) | **Ct. 3: 18 U.S.C. §§ 922(g)(3) and 924(a)(2)** |
| | ) | (Unlawful User of a Controlled |
| | ) | Substance in Possession of a Firearm) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about November 9, 2006, in the District of Wyoming, the Defendant, **ROBERT JAMES O'BRIEN**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is, an EAA Corporation rifle, .308 Winchester caliber, Model SAIGA-308-1, serial number H04740738; and a Ruger pistol, 9mm caliber, Model P95DC, serial number 312-33285, all of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By ______ Deputy Clerk

**COUNT TWO**

On or about November 9, 2006, in the District of Wyoming, the Defendant, **ROBERT JAMES O'BRIEN**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 12 rounds of .30/30 Winchester caliber, Winchester rifle ammunition; 50 rounds of 12 gauge, Winchester shotgun ammunition; and 200 rounds of ADCOM, .223 Remington caliber, rifle ammunition, all of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**COUNT THREE**

On or about November 9, 2006, in the District of Wyoming, the Defendant, **ROBERT JAMES O'BRIEN**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed firearms, that is, an EAA Corporation rifle, .308 Winchester caliber, Model SAIGA-308-1, serial number H04740738; and a Ruger pistol, 9mm caliber, Model P95DC, serial number 312-33285, all of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

A TRUE BILL:

FOREPERSON

MATTHEW H. MEAD
United States AttorneyNovember 13, 2006 (1:57pm)

# PENALTY SUMMARY

**DATE:** November 13, 2006

**DEFENDANT NAME:** **ROBERT JAMES O'BRIEN,**

**VICTIM:** No

**OFFENSE AND PENALTIES:**

| | | |
|---|---|---|
| OFFENSE: | **Ct. 1:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**<br>(Felon in Possession of a Firearm) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | **Ct. 2:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)**<br>(Felon in Possession of Ammunition) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| OFFENSE: | **Ct. 3:** | **18 U.S.C. §§ 922(g)(3) and 924(a)(2)**<br>(Unlawful User of a Controlled Substance in Possession of a Firearm) |
| PENALTIES: | | 0-10 YEARS IMPRISONMENT<br>$250,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$100 SPECIAL ASSESSMENT |
| **TOTALS:** | | 0-30 YEARS IMPRISONMENT<br>$750,000 FINE<br>3 YEARS SUPERVISED RELEASE<br>$300 SPECIAL ASSESSMENT |

**AGENT:** David Allen/ATF **AUSA:** Stuart S. Healy III

**ESTIMATED TIME OF TRIAL:**

_X_ five days or less
____ over five days
____ other

**INTERPRETER NEEDED:**

____ Yes
_X_ No

**THE GOVERNMENT:**

_X_ will

____ will not

**SEEK DETENTION IN THIS CASE.**

____ The court should not grant bond because the defendant is not bondable because there are detainers from other jurisdictions