FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
JUL - 2 2008
Stephan Harris, Clerk
Cheyenne

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

ROBERT JAMES O'BRIEN

**AMENDED JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 06-CR-0298-B

Thomas Jubin
Defendant's Attorney

THE DEFENDANT: pleaded guilty to count(s)1.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C.§§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 11/9/06 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) 2 & 3 (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **09813-091**

4/20/07
Date of Imposition of Sentence

Clarence A. Brimmer
United States District Judge

7-2-08
Date

CERTIFIED A TRUE COPY
Stephan Harris
Clerk
By Deputy Clerk

DEFENDANT: ROBERT JAMES O'BRIEN
CASE NUMBER: 06-CR-0298-B



## IMPRISONMENT

The defendant is hereby sentenced to time served.

## RETURN

I have executed this Judgment as follows:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ________________ to ______________________________ at ___________________________, with a certified copy of this Judgment.

______________________________
United States Marshal

By: ______________________________
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of forty-two (42) months. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall abide by the following conditions:

The defendant shall not commit any crimes, federal, state or local.

The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

The defendant shall not purchase, use or possess firearms, ammunition, dangerous weapons or destructive devices in any manner. Supervised release shall be revoked for possession of a firearm.

The defendant shall not illegally use or possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

The defendant shall make special assessment and restitution payments as ordered by the Court and is required to notify the Court, through the Probation Office, of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

In addition, the defendant shall comply with the following special conditions of supervised release.

Any financial obligations shall be paid beginning the month following release from confinement in monthly installments of at least $50 and all payments shall be completed not later than 30 pays prior to the end of the term of

The defendant shall not use or possess alcohol, nor frequent places where the primary source of income is derived from the sale of alcohol.

The defendant shall participate in substance abuse treatment and testing as directed by the U.S. Probation officer.

The defendant shall under go a mental health evaluation and adhere to any and all recommendations of that evaluation.

The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition; failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subjected to searches pursuant to this condition.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;

2) the defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

6) the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| **Count** | **Assessment** | **Restitution** | **Fine** |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $200.00 |
| **Totals:** | $100.00 | $0.00 | $200.00 |

## FINE AND/OR RESTITUTION

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.

The defendant shall pay interest on any fine and/or restitution of more than $2,500, unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

The interest and penalties not be applied to fine and/or restitution.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due as follows:

The defendant shall pay a special assessment fee of $100, which shall be due immediately. The defendant shall participate in the Bureau of Prison's Inmate Financial Responsibility Program in order to pay his special assessment and fine. Any financial obligations not paid immediately or through the Bureau of Prisons' Inmate Responsibility Program shall be paid beginning the month following his confinement, in monthly installments of at least $50.

All monetary payments shall be made payable by cashier's check or money order to the Clerk of the District Court, 2120 Capitol Avenue, Room 2141, Cheyenne, Wyoming 82001.

All financial penalty payments are to be made to the Clerks Office, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.